UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Doretha Jones<br><br>Debtor(s) | Case No.: 10 B 08006<br><br>Chapter: 13<br><br>Judge Susan Pierson Sonderby |

## AMENDED NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603
Doretha Jones, Debtor(s), 12404 S Justine, Calumet City, IL 60827
Lovejoie E. McInnis, Attorney for Debtor(s), 55 East Monroe St. Suite 3400, Chicago, IL 60603

You are hereby notified that GMAC MORTGAGE LLC has made post-petition advances of $820.75 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to GMAC MORTGAGE LLC for the contractual mortgage payment due 01/01/2012.  As of the 02/07/2012 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 01/01/2012 through 02/07/2012 post-petition mortgage payments, with the 03/01/2012 coming due plus $22.40 in late charges and $22.50 in speedpay fees.  The current mortgage payment amount due each month is $926.15.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 05/10/2012, GMAC MORTGAGE LLC's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on  April 10, 2012.

    /s/ Gloria Tsotsos
    Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-09019)**
NOTE: This law firm is deemed to be a debt collector.